IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                        CIVIL NO. 07-5013
                          CRIMINAL NO.  06-50004

MATEO VILLASENOR                                            DEFENDANT/MOVANT

O R D E R

    Movant, a prisoner at Beaumont Medium, a federal correctional institution, has filed a Motion under 28 U.S.C., Section 2255 for review by this court [document number 35].  Having reviewed the motion, respondent is ordered to file a response within thirty (30) days from the date of this order.

    IT IS SO ORDERED this 23rd day of January 2007.

                                      /s/ J. Marschewski
                              HONORABLE JAMES R. MARSCHEWSKI
                              UNITED STATES MAGISTRATE JUDGE