```
                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                        FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

    V.                        Civil No. 07-5013
                          Criminal No. 06-50004

MATEO VILLASENOR                                        DEFENDANT/PETITIONER

<u>O R D E R</u>

Currently before the Court is the Petitioner's pro se **Motion to Strike Motion for Certificate of Appealability (Doc. 49)**. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. By order entered March 23, 2007, this Court adopted the Report and Recommendation of the United States Magistrate Judge and denied and dismissed Petitioner's 28 U.S.C. § 2255 motion. (Docs. 38, 42.)

    2. On May 8, 2007, Petitioner filed a Notice of Appeal (Doc. 44). The notice was also docketed as a Motion for Certificate of Appealability (Doc. 45), which the Court denied on May 16, 2007 (Doc. 47).

    3. In the current motion, Petitioner states that his Notice of Appeal should not have been docketed as a Motion for Certificate of Appealability and should be stricken. Petitioner states that he will file such a motion with the Eighth Circuit Court of Appeals.

    4. Federal Rule of Appellate Procedure 22(b)(1) provides:

> [I]n a 28 U.S.C. § 2255 proceeding, ... [i]f an applicant files a notice of appeal, the district judge who rendered

> the judgment must either issue a certificate of appealability or state why a certificate should not issue.... If the district judge has denied the certificate, the applicant may request a circuit judge to issue the certificate.

Pursuant to this Rule, Petitioner's Notice of Appeal was properly filed as a Motion for Certificate of Appealability and, as this Court denied the motion, Petitioner may now apply to the Eighth Circuit for the issuance of such certificate.

Based on the foregoing, Petitioner's **Motion to Strike Motion for Certificate of Appealability (Doc. 49)** is without merit and is **DENIED**.

IT IS SO ORDERED this 30th day of May 2007.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE