IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

      v.                    Civil No. 06-50004

MATEO VILLASENOR                                                      DEFENDANT

**O R D E R**

NOW on this 30th day of June 2008, the above referenced matter comes on for the Court's consideration of defendant's **Motion for Reconsideration of Denial of 2255 Motion Under Rule 60(b) F. R. Civ. P.** (Document #54).  The Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **denied.**  Despite the defendant's argument that the motion should be considered under Rule 60(b) of the Federal Rules of Civil Procedure, the Court finds that the instant motion is, in essence, a successive 2255 petition which was not authorized pursuant to 28 U.S.C. § 2244.  Gonzalez v. Crosby, 545 U.S. 524 (2005); United States v. Patton, 309 F.3d 1093 (8th Cir. 2002).  Further, although the defendant argues that a hearing should have been held during his initial 2255 petition, the Court finds that such an argument does not constitute an "extraordinary circumstance" justifying relief under Rule 60(b).

    **IT IS SO ORDERED.**

                                     /s/ Jimm Larry Hendren
                                     JIMM LARRY HENDREN
                                     UNITED STATES DISTRICT JUDGE