IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

       v.              Civil No. 06-50004

MATEO VILLASENOR                                                     DEFENDANT

### O R D E R

NOW on this 30th day of June 2008, the above referenced matter comes on for the Court's consideration of defendant's **Motion for Sentencing Adjustment** (Document #55).  The Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **denied**, as this the defendant has not cited, and the Court has not found, authority which would support an adjustment in sentencing.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE